

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

November 20, 2025

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1040
New York, NY 10007

      Re:    *Blatt v. Town of Pleasant Valley, et al.*
             Docket No. 25-cv-8693 (JGLC)

Your Honor:

      This firm represents the Defendants in this action. We write to request permission to file a memorandum of law in support of Defendants' soon-to-be filed motion to dismiss totaling no more than 30 pages. Defendants require additional pages to fully address the allegations of Plaintiff's 50+ page/200 paragraph complaint and nine causes of action as well as Defendants' various defenses thereto.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      SOKOLOFF STERN LLP

      MARK A. RADI

cc:

All counsel of record (via ECF)

LONG ISLAND   •   HUDSON VALLEY