

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

December 24, 2025

**Via ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1040
New York, NY 10007

Re:    *Blatt v. Town of Pleasant Valley, et al.*
Docket No. 25-cv-8693 (JGLC)

Your Honor:

This firm represents the Defendants in this action.  We write to advise the Court that Defendants intend to file a new, slightly revised motion to dismiss reflecting Plaintiff's minor changes to the complaint, by January 6, 2025 (within 21 days of filing of the amended complaint). Individual Rules and Practices 4(e).   As the amended complaint maintains the same allegations/causes of action, and Defendants' arguments remain the same, we request the same 10,500 word limit the Court previously allowed for Defendants' first moving brief.

Thank you for your consideration of this matter.

Application GRANTED. Defendants' memorandum of law in support of their motion to dismiss may not exceed 10,500 words. Additionally, the Court denies Defendants' previously filed motion to dismiss as moot. The Clerk of Court is directed to terminate ECF Nos. 12 and 23.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge

Dated: December 29, 2025
        New York, New York

Respectfully submitted,

SOKOLOFF STERN LLP

*Mark Radi*

MARK A. RADI

cc:

All counsel of record (via ECF)