**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DAVID BLATT,

Plaintiff,

-against-

TOWN OF PLEASANT VALLEY, et al.,

Defendants.

---------------------------------------------------------------X

25 **CIVIL** 8693 (JGLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2026, the Court GRANTS Defendants' Motion to Dismiss Counts Two, Three and Six in their entirety and with prejudice; GRANTS the Motion to Dismiss Counts Four and Five to the extent that they allege violations of the United States Constitution, with prejudice; and GRANTS the motion to dismiss all claim arising under the New York State Constitution and Laws without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**